```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re                                          :
                                               :    Chapter 7
ESTELLA BRIZINOVA AND                          :
EDWARD SOSHKIN,                                :    Case No. 12-42935 (ESS)
                                               :
                               Debtors.        :
--------------------------------------------------------X
ROBERT L. GELTZER, CHAPTER 7                   :
TRUSTEE OF THE ESTATE OF                       :
ESTELLA BRIZINOVA AND                          :
EDWARD SOSHKIN,                                :
                                               :
                               Plaintiff,      :
                                               :
             - against -                       :    Adv. Proc. No. 14-01040 (ESS)
                                               :
NICK SOSHKIN AND                               :
IGOR SOSHKIN,                                  :
                                               :
                               Defendants.     :
--------------------------------------------------------X
```

### ORDER APPROVING SETTLEMENT STIPULATION BETWEEN ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE, AND DEFENDANTS NICK SOSHKIN AND IGOR SOSHKIN PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the motion, dated October 24, 2014 (the "Motion"), of Robert L. Geltzer, as the Chapter 7 trustee (the "Trustee") of the above-captioned Debtors, for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the *Stipulation of Settlement Between Robert L. Geltzer, as Chapter 7 Trustee of Estella Brizinova and Edward Soshkin and Defendants Nick Soshkin and Igor Soshkin* dated as of September 24, 2014 (the "Settlement Stipulation," a copy of which is annexed to the Motion as Exhibit 1); and good and sufficient notice of the Motion having been given, and no further notice being required; and no objection having been interposed to the Motion; a hearing on the Motion having been held before this Court on November 25, 2014, and due deliberation thereon having been had; and

the Court having found that the Settlement Stipulation is in the best interests of the Debtors, the Debtors' consolidated estate, and its creditors; and for good cause shown, it is hereby **ORDERED** that:

1. ~~The Motion is GRANTED.~~

2. The terms of the Settlement Stipulation are approved and are binding upon the Trustee and Defendants Nick Soshkin and Igor Soshkin (collectively, the "Parties").

3. The Parties are authorized and directed to take all actions necessary to effectuate the terms of the Settlement Stipulation.

5 This Court shall retain jurisdiction over any dispute or controversy arising from or related to the entry of this Order.



**Dated: Brooklyn, New York**
**December 12, 2014**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**